UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

KARL AHLERS,

        Plaintiff,

  -against-

GORGE PATAKI, (Governor of the State of New York, before January 1, 2007); ELLIOT SPITZER (Governor of the State of New York, after January 1, 2007); LEWIS OPLER, M.D., Ph.D., Chief Medical Officer NYS Office of Mental Health; LESTER WRIGHT, Chief Medical Officer, NYS Department of Correctional Services; EDWARD CHUNG, NYS Psychiatric Center, Working at Green Haven Correctional Facility; V.R. INAGANTI, NYS Psychiatric Center, Working at Green Haven Correctional Facility; JAMES HICKS, M.S., Kirby Forensic Psychiatric Center; ROBERT ERCOLE, Superintendent, Green Haven Correctional Facility; EILEEN CONSILVIO, Director, Kirby Forensic Psychiatric Center (until July 1, 2006); STEVE RABINOWITZ, Director (Acting), Kirby Forensic Psychiatric Center (after July 1, 2006); EMMANUAL CHARLES, Treatment Team Leader, Kirby Forensic Psychiatric Center; JAIMON JOSEPH, Risk Manager, Kirby Forensic Psychiatric Center; KIMBERLY LEITECH, L.C.S.W., Director of Social Work, Kirby Forensic Psychiatric Center; RICHARD STROH, Director of Sex Offender Programs, NYS Office of Mental Health; R. DEGIL, Psy. D., Kirby Forensic Psychiatric Center; D. THOMPSON, L.M.S.W., Kirby Forensic Psychiatric Center; MS. AMSLER-NUNZIATO, Division of Forensic Services, NYS Division of Mental Health; John Doe 2, Kirby Forensic Psychiatric Center; MICHAEL F. HOGAN, Ph.D., Acting Commissioner, NYS Office of Mental Health,

        Defendants.

------------------------------------------------------------X

CIVIL

JUDGMENT

08 Civ. 4593 (KMW)

SCANNED

U.S. DISTRICT COURT FILED AUG 25 2008 S.D. OF N.Y.

    By order dated May 19, 2008, plaintiff was directed to file an amended complaint with this Court within 60 days. Since plaintiff has failed to submit an amended complaint as specified, it is,

    ORDERED, ADJUDGED AND DECREED: That the complaint is hereby dismissed.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Court's order would not be taken in good faith.

    SO ORDERED

                                            KIMBA M. WOOD
                                               Chief Judge

Dated: AUG 2 5 2008
       New York, New York

THIS DOCUMENT WAS ENTERED ON THE DOCKET ON_____.